THE STATE OF OHIO, APPELLEE, *v.* MINGO, APPELLANT.

[Cite as *State v. Mingo* (1996), 74 Ohio St.3d 532.]

(No. 95–1780—Submitted December 12, 1995—Decided February 14, 1996.)

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *Ronald W. Springman, Jr.,* Assistant Prosecuting Attorney, for appellee.

*James H. Mingo, pro se.*

*Per Curiam.* We affirm the decision of the court of appeals for the reason stated in its entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.